## HIGBEE *v.* THOMAS, WARDEN.

No. 6, Misc.   Decided October 14, 1963.

Petitioner *pro se.*

*John B. Breckinridge,* Attorney General of Kentucky, and *Ray Corns,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Court of Appeals of Kentucky for further consideration in light of *Pennsylvania ex rel. Herman* v. *Claudy,* 350 U. S. 116.

MR. JUSTICE CLARK, MR. JUSTICE HARLAN and MR. JUSTICE STEWART are of the opinion that the petition for a writ of certiorari should be denied.

## GRAY *v.* PENNSYLVANIA.

No. 383, Misc.   Decided October 14, 1963.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.